■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SANTORELLI, Appellant. [699 NYS2d 290] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered June 1, 1998, convicting him of tampering with physical evidence (four counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed, and the matter is remitted to the Supreme Court, Westchester County, for further proceedings pursuant to CPL 460.50 (5).

Contrary to the defendant's contention, the reasonable doubt charge was proper (*see, People v Messiah,* 247 AD2d 490).

The defendant's remaining contentions are without merit. Santucci, J. P., Joy, Florio and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SANTORELLI, Appellant. [699 NYS2d 291] —Appeal by the defendant, by permission, from an order of the Supreme Court, Westchester County (Cowhey, J.), entered January 25, 1999, which denied, without a hearing, his motion pursuant to CPL article 440 to vacate a judgment of conviction rendered June 1, 1998.

Ordered that the order is affirmed.

The Supreme Court properly denied the defendant's motion to vacate the judgment based on the prosecution's failure to provide certain reports of the Federal Bureau of Investigation not within its possession and control (*see, People v Marvin,* 258 AD2d 964; *People v Leo,* 249 AD2d 251; *People v Kronberg,* 243 AD2d 132).

The defendant's remaining contentions are without merit. Santucci, J. P., Joy, Florio and Luciano, JJ., concur.